In the Matter of SAMUEL KLINGER, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of MARY McALLEN, Respondent, against JAMES MARSHALL et al., Constituting the Retirement Board of the Board of Education Retirement System of the City of New York, Appellants.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

SOL KATZENSTEIN, Respondent, v. MERRIMACK MUTUAL FIRE INSURANCE COMPANY, Appellant.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

M. LEAVITT FLOORING CO., INC., Respondent, v. BOROUGH GARDEN APARTMENT, INC., Appellant, and SAVAGE CONSTRUCTION CO., INC., et al., Defendants-Respondents, et al., Defendants.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

NORTHERN BLVD. AND MAIN REALTY CORPORATION, Appellant, v. ANSCHEL SALTZ et al., Respondents, et al., Defendants.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

EDWARD I. ACKERBAUM, Respondent, v. GRACELYNE FASHIONS, INC., et al., Defendants, and JOROCO SILK CORPORATION, Defendant-Appellant.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

CHARLES E. BERNSTEIN, Respondent, v. GEORGE WITTNER et al., Appellants, and JAYMEL FOOD PRODUCTS CO., INC., Defendant-Respondent.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

CECELIA BLEAKLEY, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

MURIEL V. BOLLERMAN, Respondent, v. JEAN COX, Appellant.—